In the Matter of ALFREDO CARTAGENA, Appellant, v NEW YORK STATE BOARD OF PAROLE, Respondent.

Submitted September 12, 2005; decided December 20, 2005

Motion for leave to appeal dismissed upon the ground that the issues presented have become moot. Motion for poor person relief dismissed as academic.